UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
BINGHAMTON DIVISION

| | |
|---|---|
| JUSTIN ORCUTT and SARA COOK, individually and on behalf of all others similarly situated,<br><br>          *Plaintiffs*,<br><br>-vs-<br><br>NATIONAL BASEBALL HALL OF FAME AND MUSEUM, INC., and JOHN DOES 1 thru 10,<br><br>          *Defendants*. | STIPULATED<br>ORDER OF DISMISSAL<br><br>Civil Acton No.: 6:12-CV-0513<br>(GTS/TWD) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record in the above-captioned action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 4, 2013

**Law Offices of E. David Hoskins, LLC**

By: E. David Hoskins, Esq.

Quadrangle Building at Cross Keys
2 Hamill Road, Suite 362
Baltimore, Maryland 21210
dhoskins@hoskinslaw.com

*Attorneys for Plaintiffs*

Date: March 1, 2013

**Nixon Peabody LLP**

By: Andrew C. Rose, Esq.

677 Broadway, 10th Floor
Albany, New York 12207
acrose@nixonpeabody.com

*Attorneys for Defendant*

**SO ORDERED:**

_____   Dated: March _____, 2013
Hon. Therese Wiley Dancks
U.S. Magistrate Judge

14346999.1 ~ C/M: 98047-109